# UNITED STATES BANKRUPTCY COURT
for the **WESTERN** District of **NORTH CAROLINA**

IN RE:

MACO HOMES REORGANIZED            ) CASE # 96-31429
                                  ) CHAPTER 7
                                  )
_____
                Debtor(s)

**REPORT OF TRUSTEE UNDER BANKRUPTCY RULE 3011**
**AND APPLICATION FOR DISCHARGE OF TRUSTEE**

The undersigned trustee of the above-referenced estate, James T. Ward, having filed his Final Report and Account herein, and the same having been heretofore approved, hereby reports that all checks issued by him as trustee have been cashed by the bank upon which drawn,

**EXCEPT** the following checks which have remained uncashed for ninety (90) days after the date of the distribution of the final dividend herein:

| Check # | Payee | $ Amount |
|---|---|---|
| 1039 | PAUL & KATE SUKO<br>4011 LUBBOCK PLACE<br>CHARLOTTE, NC 28215 | 675.00 |
| 1040 | BRENDA E MCREE<br>1620 DELANE AVE, APT 14<br>CHARLOTTE, NC 28211 | 867.00 |
| 1041 | ART PIETRAFESA<br>235 N LAUREL AVE<br>CHALROTTE, NC 28207 | 1200.00 |
| 1042 | DICK & GINA SCHUTZ<br>2719 SLOAN DR<br>CHARLOTTE, NC 28208 | 450.00 |
| 1046 | HOME FEDERAL SAVINGS & LOAN<br>139 S. TRYON STREET<br>CHARLOTTE, NC 28282 | 3735.11 |
| 1047 | HOME FEDERAL SAVINGS & LOAN<br>139 S. TRYON STREET<br>CHARLOTTE, NC 28202 | 6699.77 |
| 1048 | BILLY CARTER<br>4705 MONMOUTH DRIVE<br>CHARLOTTE, NC 28269 | 580.65 |
| 1050 | MARTHA BULLARD<br>5260 PARHAM ROAD<br>GROVETOWN, GA, 30813 | 300.45 |
| 1051 | HOME FEDERAL SAVINGS & LOAN<br>139 S TRYON ST<br>CHARLOTTE, NC 28202 | 2781.29 |

| | | |
|---|---|---|
| 1053 | PARK PLAZA II HOA<br>C/O CLINE & CO, INC<br>P O BOX 35429<br>CHARLOTTE, NC 28235 | 1158.19 |
| 1054 | CARRIAGE HOUSE CONDOS<br>C/O CLINE & CO, INC<br>P O BOX 35429<br>CHARLOTTE, NC 28235 | 185.03 |
| 1055 | PHEASONT KNOLL HMO, LTD<br>CLONTZ CLONTZ & HUNTER<br>225 S MCDOWELL ST<br>CHARLOTTE, NC 28204 | 151.78 |
| 1057 | SANDY'S MAINTENANCE SVC<br>426 FRANK DRIVE<br>CHARLOTTE, NC 28215 | 306.53 |
| 1062 | RONALD L LAWING, JR<br>1801 CHATHEY ROAD<br>CHARLOTTE, NC 28214 | 410.50 |
| 1063 | PLAZA APPLIANCE SERVICE CO<br>9644 IDLEWILD ROAD<br>CHARLOTTE, NC 28227 | 40.45 |

and that as to the money represented by said checks, he has complied with the provisions of 11 U.S.C. Section 347 , and,

**THE TRUSTEE FURTHER** reports that all cancelled checks and bank statements of the bank accounts used in the administration of this estate have been delivered to the Bankruptcy Administrator, and that the disbursements as evidenced by said documents are in conformity with the disbursements as contained in this Court's Order approving the Trustee's Final Report and Account.

**WHEREFORE**, the Trustee prays that he be discharged of his trust and that his bond be cancelled.

_____
James T. Ward, Trustee
404 Bethel Street
P O Box 240
Clover, SC 29710-0240
(803) 222-4014